**Fill in this information to identify the case:**

Debtor name WesCoast Textiles, Inc.

United States Bankruptcy Court for the: Central District of California (State)

Case number (If known): 8:19-bk-10492-CB

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 0.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 1,711,659.83 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 1,711,659.83 |

### Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ 2,081,650.99 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 6a of *Schedule E/F* | $ 154,494.35 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* | +$ 2,492,413.72 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 4,728,559.06 |

**Fill in this information to identify the case:**

Debtor name WesCoast Textiles, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (If known): 8:19-bk-10492-CB

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | $ 220.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America - Checking | Checking | 9 0 7 4 | $ 0.00 |
| 3.2. | Bank of America - Checking | Checking | 9 0 6 1 | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

4.1. ______ $______

4.2. ______ $______

5. **Total of Part 1** $ 220.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. ______ $______

7.2. ______ $______

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.______ $______

8.2.______ $______

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81. $______

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

- ☐ No. Go to Part 4.
- ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 1,412,372.84 | – | 22,497.96 | = ........➔ | $ 1,389,874.88 |
| 11b. Over 90 days old: | 77,753.65 | – | 31,186.21 | = ........➔ | $ 46,567.44 |

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ 1,436,442.32

## Part 4: Investments

13. **Does the debtor own any investments?**

- ☑ No. Go to Part 5.
- ☐ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. ______ ______ $______

14.2. ______ ______ $______

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

15.1.______ ____% ______ $______

15.2.______ ____% ______ $______

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1.______ ______ $______

16.2.______ ______ $______

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83. $______

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
- ☑ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. **Raw materials** | | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. $

24. **Is any of the property listed in Part 5 perishable?**
- ☐ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Book value ______ Valuation method______ Current value______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☑ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. **Crops—either planted or harvested** | | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | $ | | $ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.    $__________

34. **Is the debtor a member of an agricultural cooperative?**

- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

- ☐ No
- ☐ Yes. Book value $________ Valuation method ________ Current value $________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Desks and Chairs | $ 4,250.00 | Comp Sales | $ 722.10 |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Software Licenses-Landware | $ 32,000.00 | | $ Unknown |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.    $ 722.10

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

- ☑ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

- ☐ No
- ☑ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. $

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- [x] No. Go to Part 10.
- [ ] Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | | | $ | | $ |
| 55.2 | | | $ | | $ |
| 55.3 | | | $ | | $ |

56. **Total of Part 9.** $
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- [ ] No
- [ ] Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- [ ] No
- [ ] Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- [ ] No. Go to Part 11.
- [x] Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites**<br>www.wescoasttextile.com | $ | | $ Unknown |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.** $ 0.00
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   - ☑ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☑ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☐ No. Go to Part 12.
   - ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)
   ______ Total face amount – doubtful or uncollectible amount = → $______

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)
   ______ Tax year ______ $______
   ______ Tax year ______ $______
   ______ Tax year ______ $______

73. **Interests in insurance policies or annuities**
   ______ $______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   ______ $______
   **Nature of claim** ______
   **Amount requested** $______

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   ______ $______
   **Nature of claim** ______
   **Amount requested** $______

76. **Trusts, equitable or future interests in property**
   ______ $______

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   Inter-Company from Broncs, Inc. $274,275.41
   ______ $______

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90. $274,275.41

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 220.00 | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,436,442.32 | | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 722.10 | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | | |
| 88. **Real property.** *Copy line 56, Part 9.* | | ➔ | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 274,275.41 | | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $ 1,711,659.83 | + 91b. | $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. 1,711,659.83 ........ $ 1,711,659.83

**Fill in this information to identify the case:**

Debtor name WesCoast Textiles, Inc.

United States Bankruptcy Court for the: Central District of California District of ________ (State)

Case number (If known): 8:19-bk-10492-CB

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim (Do not deduct the value of collateral.) | Column B Value of collateral that supports this claim |
|---|---|---|
| 2.1 | $ 1,353,988.31 | $ $275,217.51 |
| 2.2 | $72,564.94 | $ Unknown |

**2.1 Creditor's name**
CAPITAL EQUIPMENT SOLUTIONS LLC

**Creditor's mailing address**
5480 Corporate Dr Ste 350
Troy, MI 48098

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.

Multiple creditors have an interest in the same property listed on Schedule A/B.

**Describe debtor's property that is subject to a lien**
Lien against assets

**Describe the lien**
Term Note, Security Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.2 Creditor's name**
EMPLOYMENT DEVELOPMENT DEPT

**Creditor's mailing address**
BANKRUPTCY GROUP MIC 92E
PO BOX 826880, SACRAMENTO, CA 942

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes

Multiple creditors have an interest in the same property listed on Schedule A/B.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Tax Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 2,081,650.99

**Part 1: Additional Page**

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3 Creditor's name**
HAPPY ROCK MERCHANT SOLUTIONS LLC

**Describe debtor's property that is subject to a lien**
Future sales agreement

Column A: $Unknown
Column B: $ $1,436,442.32

**Creditor's mailing address**
149 WEST 36TH ST
12TH FLOOR, NEW YORK, NY 10018

**Creditor's email address, if known**

**Date debt was incurred** 3/27/2018

**Last 4 digits of account number**

**Describe the lien**
Master Factoring/Security Agmt

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes

Multiple creditors have an interest in the same property listed on Schedule A/B.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**2.4 Creditor's name**
INTERNAL REVENUE SERVICE

**Describe debtor's property that is subject to a lien**

Column A: $655,097.74
Column B: $ Unknown

**Creditor's mailing address**
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**
Tax Lien

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes

Multiple creditors have an interest in the same property listed on Schedule A/B.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor WesCoast Textiles, Inc. Case number (if known) 8:19-bk-10492-CB
Name

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.5 Creditor's name**
YELLOWSTONE CAPITAL WEST LLC

**Creditor's mailing address**
116 NASSAU ST
STE 804, NEW YORK, NY 10038

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes

Multiple creditors have an interest in the same property listed on Schedule A/B.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Loan

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Column A: $Unknown

Column B: $ Unknown

**2.__ Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Column A: $__________

Column B: $__________

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| J Scott Bovitz<br>Bovitz & Spitzer<br>1100 Wilshire Blvd Ste 2403<br>Los Angeles, CA, 90017-1961 | Line 2. 3 | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |

**Fill in this information to identify the case:**

Debtor WesCoast Textiles, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (If known) 8:19-bk-10492-CB

❑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ❑ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | ABARCA MARGARITO JR CASTREJON<br>1918 S MARINE ST<br>SANTA ANA, CA, 92704 | *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>☑ Disputed | $2,855.02 | $2,855.02 |
| 2.2 | AGUILAR MAGDALENO<br>10070 GILBERT ST<br>APT 126<br>ANAHEIM, CA, 92804 | *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>☑ Disputed | $1,514.49 | $1,514.49 |
| 2.3 | ALEJO ALFREDO PALACIO<br>14121 SHOEMAKER AVE<br>NORWALK, CA, 90806 | *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed | $Unknown | $ |

**2.1**

**Date or dates debt was incurred** ______

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ______

**Is the claim subject to offset?** ☑ No ❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.2**

**Date or dates debt was incurred** ______

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ______

**Is the claim subject to offset?** ☑ No ❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.3**

**Date or dates debt was incurred** ______

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ______

**Is the claim subject to offset?** ☑ No ❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Part 1.** **Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** | **Priority amount**

2.4 **Priority creditor's name and mailing address**
ALMANZA JOSE MARTINEZ
443 BREED ST

LOS ANGELES, CA, 90033

Total claim: $1,836.88 Priority amount: $1,836.88

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.5 **Priority creditor's name and mailing address**
AQUINO ERADIO
6343 LINCOLN AVE U2

BUENA PARK, CA, 90620

Total claim: $Unknown Priority amount: $______

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.6 **Priority creditor's name and mailing address**
AVALOS CONSTANTINO
14122 RAINTREE RD

TUSTIN, CA, 92780

Total claim: $Unknown Priority amount: $______

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.7 **Priority creditor's name and mailing address**
AVILA GENARO
8907 HEWITT PL
APT 3
GARDEN GROVE, CA, 92844

Total claim: $Unknown Priority amount: $______

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Part 1.** **Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.8 **Priority creditor's name and mailing address**<br>AVILA JOSE ANTONIO CANCECO<br>8907 HEWITT<br><br>GARDEN GROVE, CA, 92844<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $849.56 | $849.56 |
| 2.9 **Priority creditor's name and mailing address**<br>BARBOZA JOSE<br>7611 21 ST<br>APT A<br>WESTMINISTER, CA, 92683<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |
| 2.10 **Priority creditor's name and mailing address**<br>BAUTISTA CIRILO LOPEZ<br>1101 ST LOUIS AVE A<br><br>LONG BEACH, CA, 90813<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |
| 2.11 **Priority creditor's name and mailing address**<br>BENITEZ JOSE L<br>8943 HEWITT PL<br>APT 1<br>GARDEN GROVE, CA, 92844<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** | **Priority amount**

**2.12 Priority creditor's name and mailing address**

BORBOLLA BASILIO LINARES
7911 HOPI RD

STANTON, CA, 90680

Total claim: $2,256.34 — Priority amount: $2,256.34

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Date or dates debt was incurred** ________

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.13 Priority creditor's name and mailing address**

CABRERA HILARION
16230 CORNUTA AVE
APT 4
BELLFLOWER, CA, 90706

Total claim: $Unknown — Priority amount: $______

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** ________

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.14 Priority creditor's name and mailing address**

CALIFORNIA STATE BOARD OF
EQUALIZATION
ACCOUNT INFORMATION GROUP MIC 29
PO BOX 942879
SACRAMENTO, CA, 94279-0029

Total claim: $Unknown — Priority amount: $______

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** ________

**Basis for the claim:** Taxes & Other Government Units

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**2.15 Priority creditor's name and mailing address**

CAMACHO JOSE ALBERTO ALVAREZ
16338 1/2 CORNUTA AVE

BELLFLOWER, CA, 90706

Total claim: $3,400.35 — Priority amount: $3,400.35

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Date or dates debt was incurred** ________

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** | **Priority amount**

**2.16 Priority creditor's name and mailing address**

CAMACHO JOSE PABLO
10861 LOWDEN ST

STANTON, CA, 90680

Total claim: $1,872.75 — Priority amount: $1,872.75

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred** ____________

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.17 Priority creditor's name and mailing address**

CARBAJAL RANDY
5562 MEINHARDT RD

WESTMINSTER, CA, 92683

Total claim: $Unknown — Priority amount: $____________

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred** ____________

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.18 Priority creditor's name and mailing address**

CARDONA ADELSO
2209 E 11TH ST

LONG BEACH, CA, 90804

Total claim: $1,364.65 — Priority amount: $1,364.65

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred** ____________

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.19 Priority creditor's name and mailing address**

CARRASCO ELIAS
4829 ASTON AVE

COMMERCE, CA, 90040

Total claim: $Unknown — Priority amount: $____________

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ____________

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Part 1.** **Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.20 **Priority creditor's name and mailing address**<br>CASTELLANOS MARTIN MARTINEZ<br>2012 E 7TH<br>APT #A<br>LONG BEACH, CA, 90804<br><br>**Date or dates debt was incurred** ____<br><br>**Last 4 digits of account number** ____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,081.88 | $2,081.88 |
| 2.21 **Priority creditor's name and mailing address**<br>CASTILLA JOSE FERNANDEZ<br>839 W 167TH<br>APT 8<br>GARDENA, CA, 90247<br><br>**Date or dates debt was incurred** ____<br><br>**Last 4 digits of account number** ____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,271.60 | $1,271.60 |
| 2.22 **Priority creditor's name and mailing address**<br>CASTILLO HUGO ARROYO<br>8611 CERRITOS AVE<br>APT #C<br>STANTON, CA, 90680<br><br>**Date or dates debt was incurred** ____<br><br>**Last 4 digits of account number** ____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |
| 2.23 **Priority creditor's name and mailing address**<br>CASTLLANOS AARON<br>1537 PINE AVE<br><br>LONG BEACH, CA, 90813<br><br>**Date or dates debt was incurred** ____<br><br>**Last 4 digits of account number** ____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|
| **2.24 Priority creditor's name and mailing address**<br>CASTRO ALEXIS<br>17501 GERALDINE LN<br>APT A<br>HUNTINGTON BEACH, CA, 92647<br><br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Date or dates debt was incurred** ____<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number** ____<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $2,669.93 | $2,669.93 |
| **2.25 Priority creditor's name and mailing address**<br>CASTRO EDWIN FIGUEROA<br>233 W TILLER AVE<br><br>ANAHEIM, CA, 92802<br><br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Date or dates debt was incurred** ____<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number** ____<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $Unknown | $ |
| **2.26 Priority creditor's name and mailing address**<br>CASTRO LUIS OTERO<br>1547 GARDENA AVE<br><br>LOS ANGELES, CA, 90813<br><br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Date or dates debt was incurred** ____<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number** ____<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $Unknown | $ |
| **2.27 Priority creditor's name and mailing address**<br>CATALAN JORGE<br>1964 E 130TH ST<br><br>COMPTON, CA, 90222<br><br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Date or dates debt was incurred** ____<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number** ____<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $Unknown | $ |

## Part 1. Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|
| **2.28 Priority creditor's name and mailing address**<br>CHAIREZ GUSTAVO<br>1421 E BASSETT WAY<br>ANAHEIM, CA, 92805<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $1,322.99 | $1,322.99 |
| **2.29 Priority creditor's name and mailing address**<br>CONTRERAS FERNANDO<br>10270 SENTRY DR 2<br>STANTON, CA, 90680<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $Unknown | $ |
| **2.30 Priority creditor's name and mailing address**<br>CRUZ CARMELO DILLANES<br>8361 15TH ST 16<br>WESTMINSTER, CA, 92683<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $Unknown | $ |
| **2.31 Priority creditor's name and mailing address**<br>CRUZ VICTOR MARTINEZ<br>1845 PINE AVE 1<br>LONG BEACH, CA, 90806<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $Unknown | $ |

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.32 **Priority creditor's name and mailing address**<br>CURIEL FRANCISCO SANCHEZ<br>2115 W BALL RD<br>APT B<br>ANAHEIM, CA, 92804<br><br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,548.38 | $1,548.38 |
| 2.33 **Priority creditor's name and mailing address**<br>DELGADO SEGUNDO<br>6204 HOOD AVE<br>HUNTINGTON PARK, CA, 90255<br><br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,346.52 | $4,346.52 |
| 2.34 **Priority creditor's name and mailing address**<br>DEPT OF INDUSTRIAL RELATIONS<br>320 W 4TH ST STE 450<br>Los Angeles, CA, 90013<br><br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (5) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Contributions to employee benefits<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,620.00 | $1,620.00 |
| 2.35 **Priority creditor's name and mailing address**<br>DIAZ CORNELIO PEREZ<br>1724 W BALL RD<br>APT2<br>ANAHEIM, CA, 92804<br><br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,595.32 | $2,595.32 |

## Part 1. Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Total claim | Priority amount

**2.36 Priority creditor's name and mailing address**

ESPANA ERNESTO
4840 E ILLINOIS AVE

FRESNO, CA, 93727

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $Unknown
Priority amount: $

**Date or dates debt was incurred** ____

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.37 Priority creditor's name and mailing address**

ESPINO JUAN JOSE RAMIREZ
7281 LAZA ST

WESTMINSTER, CA, 92683

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Total claim: $930.39
Priority amount: $930.39

**Date or dates debt was incurred** ____

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.38 Priority creditor's name and mailing address**

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A-340
PO BOX 2952
SACRAMENTO, CA, 95812-2952

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $Unknown
Priority amount: $

**Date or dates debt was incurred** ____

**Basis for the claim:** Taxes & Other Government Units

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**2.39 Priority creditor's name and mailing address**

GAMA JUAN MANUEL SOTELO
825 N GARFIELD ST

SANTA ANA, CA, 92701

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $Unknown
Priority amount: $

**Date or dates debt was incurred** ____

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.40 Priority creditor's name and mailing address**<br>GARCIA ALEJANDRO<br>1052 NORMAN CT<br>LONG BEACH, CA, 90813<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ Unknown | $ |
| **2.41 Priority creditor's name and mailing address**<br>GARCIA FRANCISCO LOPEZ<br>1421 E 15TH ST A<br>LONG BEACH, CA, 90813<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,564.91 | $ 1,564.91 |
| **2.42 Priority creditor's name and mailing address**<br>GARCIA GABRIEL LOPEZ<br>1020 E 12TH ST<br>APT 7<br>LONG BEACH, CA, 90813<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 2,030.43 | $ 2,030.43 |
| **2.43 Priority creditor's name and mailing address**<br>GARCIA MAURICIO LOPEZ<br>1526 SHERMAN PL<br>LONG BEACH, CA, 90804<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,359.19 | $ 1,359.19 |

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| Priority creditor's name and mailing address | Claim details | Total claim | Priority amount |
|---|---|---|---|
| 2.44 GARCIA PEDRO, 1025 GAVIOTA AVE, LONG BEACH, CA, 90813<br>Date or dates debt was incurred: ____<br>Last 4 digits of account number: ____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: Wages, Salaries, Commissions<br>Is the claim subject to offset? ☑ No ☐ Yes | $Unknown | $ |
| 2.45 GARZON MIGUEL A, 1719 SHERMAN PL #7, LONG BEACH, CA, 90804<br>Date or dates debt was incurred: ____<br>Last 4 digits of account number: ____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☑ Disputed<br>Basis for the claim: Wages, Salaries, Commissions<br>Is the claim subject to offset? ☑ No ☐ Yes | $Unknown | $ |
| 2.46 GIRON VICTOR MANUEL, 1250 E LA PALMA AVE 303, ANAHEIM, CA, 92805<br>Date or dates debt was incurred: ____<br>Last 4 digits of account number: ____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: Wages, Salaries, Commissions<br>Is the claim subject to offset? ☑ No ☐ Yes | $Unknown | $ |
| 2.47 GOMEZ BRYAN, 13862 EDWARDS ST, APT A, WESTMINSTER, CA, 92683<br>Date or dates debt was incurred: ____<br>Last 4 digits of account number: ____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: Wages, Salaries, Commissions<br>Is the claim subject to offset? ☑ No ☐ Yes | $Unknown | $ |

**Part 1.** **Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** **Priority amount**

2.48 **Priority creditor's name and mailing address**
GONZALES ENRIQUE
1495 PETERSON AVE 5

LONG BEACH, CA, 90813

Total claim: $517.95 Priority amount: $517.95

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.49 **Priority creditor's name and mailing address**
GONZALEZ CARLOS
6941 CAMPUS DR
APT A
BUENA PARK, CA, 90621

Total claim: $1,966.32 Priority amount: $1,966.32

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Wages, Salaries, Commissions

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.50 **Priority creditor's name and mailing address**
HERNANDEZ ELVA
21615 DOLORES ST

CARSON, CA, 90745

Total claim: $2,343.98 Priority amount: $2,343.98

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Wages, Salaries, Commissions

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.51 **Priority creditor's name and mailing address**
HERNANDEZ FELIX LOPEZ
1040 HOFFMAN #202

LONG BEACH, CA, 90813

Total claim: $Unknown Priority amount: $______

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Wages, Salaries, Commissions

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

## Part 1. Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.52 Priority creditor's name and mailing address**<br>HERNANDEZ JUAN<br>1150 GLADYS AVE 4<br><br>LONG BEACH, CA, 90804<br><br>**Date or dates debt was incurred**<br>__________<br>**Last 4 digits of account number** ________<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,592.71 | $2,592.71 |
| **2.53 Priority creditor's name and mailing address**<br>HERNANDEZ LUIS MORALES<br>239 W 111TH PL<br><br>LOS ANGELES, CA, 90061<br><br>**Date or dates debt was incurred**<br>__________<br>**Last 4 digits of account number** ________<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $680.34 | $680.34 |
| **2.54 Priority creditor's name and mailing address**<br>HERNANDEZ MELZAR G LEMUS<br>1001 N VANNESS<br>APT #C<br>SANTA ANA, CA, 92701<br><br>**Date or dates debt was incurred**<br>__________<br>**Last 4 digits of account number** ________<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,269.33 | $2,269.33 |
| **2.55 Priority creditor's name and mailing address**<br>HERNANDEZ RAFAEL<br>1747 CERRITOS AVE<br>APT 8<br>LONG BEACH, CA, 90813<br><br>**Date or dates debt was incurred**<br>__________<br>**Last 4 digits of account number** ________<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,071.55 | $2,071.55 |

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.56 **Priority creditor's name and mailing address**<br>HERNANDEZ ROBERTO<br>2130 W CRESCENT AVE<br>APT #2165<br>ANAHEIM, CA, 92801<br><br>**Date or dates debt was incurred** ______<br>**Last 4 digits of account number** ______<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |
| 2.57 **Priority creditor's name and mailing address**<br>HERNANDEZ SALVADOR<br>1125 JUNIPERO AVE<br>APT 1<br>LONG BEACH, CA, 90804<br><br>**Date or dates debt was incurred** ______<br>**Last 4 digits of account number** ______<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |
| 2.58 **Priority creditor's name and mailing address**<br>HERNANDEZ SERVERINO H<br>1116 NORMAN CT<br>APT B<br>LONG BEACH, CA, 90813<br><br>**Date or dates debt was incurred** ______<br>**Last 4 digits of account number** ______<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,470.60 | $1,470.60 |
| 2.59 **Priority creditor's name and mailing address**<br>HERRERA J JESUS FLORES<br>7375 9TH ST<br>APT # 234<br>BUENA PARK, CA, 90621<br><br>**Date or dates debt was incurred** ______<br>**Last 4 digits of account number** ______<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,941.94 | $1,941.94 |

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** | **Priority amount**

2.60 **Priority creditor's name and mailing address**
HERRERA PABLO JR
2130 W CRESCENT AVE
APT #2165
ANAHEIM, CA, 92801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $Unknown
Priority amount: $

**Date or dates debt was incurred**

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.61 **Priority creditor's name and mailing address**
IBANEZ JOSE GARCIA
1027 E 11TH
APT#B
LONGBEACH, CA, 90813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $Unknown
Priority amount: $

**Basis for the claim:** Wages, Salaries, Commissions

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.62 **Priority creditor's name and mailing address**
KIM KOOK JIN
16319 GRIDLEY RD

NORWALK, CA, 90650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Total claim: $2,206.62
Priority amount: $2,206.62

**Basis for the claim:** Wages, Salaries, Commissions

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.63 **Priority creditor's name and mailing address**
KIM TAEOH
1584 AVENIDA SELVA

FULLERTON, CA, 92833

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Total claim: $5,487.68
Priority amount: $5,487.68

**Basis for the claim:** Wages, Salaries, Commissions

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|

**2.64 Priority creditor's name and mailing address**

LANDA ADOLFO
1319 E WILSHIRE AVE
APT J
FULLERTON, CA, 92831

Total claim: $ Unknown — Priority amount: $

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.65 Priority creditor's name and mailing address**

LIMON GENOBEBO
8041 MONACO #61

STANTON, CA, 90680

Total claim: $ 1,818.54 — Priority amount: $ 1,818.54

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.66 Priority creditor's name and mailing address**

LINARES ARMANDO ALFONSO SANCHEZ
10250 BEACH BLVD
APT 202
STANTON, CA, 90680

Total claim: $ 2,493.95 — Priority amount: $ 2,493.95

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.67 Priority creditor's name and mailing address**

LOPEZ ADRIAN
1248 MAHANNA AVE
APT 4
LONG BEACH, CA, 90813

Total claim: $ Unknown — Priority amount: $

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Part 1.** **Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** | **Priority amount**

2.68 **Priority creditor's name and mailing address**

LOPEZ ANTONIO MENDEZ
1550 GARDENA AVE

LONG BEACH, CA, 90813

Total claim: $Unknown    Priority amount: $

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.69 **Priority creditor's name and mailing address**

LOPEZ FELICIANO
1147 MAHANNA
APT D
LONG BEACH, CA, 90813

Total claim: $Unknown    Priority amount: $

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.70 **Priority creditor's name and mailing address**

LOPEZ FELIPE P
816 WALNUT AVE

LONG BEACH, CA, 90813

Total claim: $Unknown    Priority amount: $

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.71 **Priority creditor's name and mailing address**

LOPEZ JORGE
12980 CT ST 62

GARDEN GROVE, CA, 92841

Total claim: $Unknown    Priority amount: $

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Part 1.** **Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|
| **2.72 Priority creditor's name and mailing address**<br>LOPEZ JUAN MANUEL GARCIA<br>1020 ORANGE AVE A LONG<br>BEACH, CA, 90813<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $2,474.45 | $2,474.45 |
| **2.73 Priority creditor's name and mailing address**<br>LOPEZ LEONARDO CORTEZ<br>1102 GARDENIA AVE<br>APT F<br>LONG BEACH, CA, 90813<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $2,004.16 | $2,004.16 |
| **2.74 Priority creditor's name and mailing address**<br>LOPEZ MARTIN GARCIA<br>1495 PETERSON AVE #17<br>LONG BEACH, CA, 90813<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $Unknown | $ |
| **2.75 Priority creditor's name and mailing address**<br>LOPEZ MIGUEL MELGAR<br>261 NEVADA ST 9<br>LONG BEACH, CA, 90806<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $Unknown | $ |

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| Creditor | Claim details | Total claim | Priority amount |
|---|---|---|---|
| 2.76 **Priority creditor's name and mailing address**<br>LOPEZ RAFAEL GARCIA<br>1495 PETERSON AVE 17<br>LONG BEACH, CA, 90813<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,833.55 | $1,833.55 |
| 2.77 **Priority creditor's name and mailing address**<br>LOPEZ RODRIGO<br>1330 GAVIOTA AVE<br>LONG BEACH, CA, 90813<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |
| 2.78 **Priority creditor's name and mailing address**<br>MALDONADO EIVI J<br>11811 SANTA ROSALIA<br>STANTON, CA, 90680<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |
| 2.79 **Priority creditor's name and mailing address**<br>MARCIAL JOSE<br>920 FAIR WAY<br>SANTA ANA, CA, 92703<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |

Debtor Westcoast Textiles, Inc. Case number (if known) 8:19-bk-10492-CB
Name

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|
| **2.80 Priority creditor's name and mailing address**<br>MARTINEZ ALFONSO<br>2215 EARL AVE<br>APT #1<br>LONG BEACH, CA, 90806<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred** ____<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number** ____<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $Unknown | $ |
| **2.81 Priority creditor's name and mailing address**<br>MARTINEZ FELICIANO<br>2215 EARL AVE 1<br>LONG BEACH, CA, 90806<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Date or dates debt was incurred** ____<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number** ____<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $294.59 | $294.59 |
| **2.82 Priority creditor's name and mailing address**<br>MARTINEZ IGNACIO<br>1116 1/2 GARDENIA AVE<br>LONG BEACH, CA, 90813<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Date or dates debt was incurred** ____<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number** ____<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $1,515.05 | $1,515.05 |
| **2.83 Priority creditor's name and mailing address**<br>MARTINEZ JUAN C SANCHEZ<br>8273 CERRITOS AVE<br>STANTON, CA, 90680<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Date or dates debt was incurred** ____<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number** ____<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $2,495.61 | $2,495.61 |

Official Form 206E/F **Schedule E/F: Creditors Who Have Unsecured Claims** page 21 of 63

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** | **Priority amount**

2.84 **Priority creditor's name and mailing address**

MARTINEZ MARIANO
4402 HARDING AVE

LOS ANGELS, CA, 90066

Total claim: $312.42 — Priority amount: $312.42

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.85 **Priority creditor's name and mailing address**

MARTINEZ MOISES AEDO
1135 GLADYS AVE

LONG BEACH, CA, 90804

Total claim: $Unknown — Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.86 **Priority creditor's name and mailing address**

MARTINEZ NESTOR MEDINA
427 E 24TH ST 1

LOS ANGELES, CA, 90011

Total claim: $Unknown — Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.87 **Priority creditor's name and mailing address**

MARTINEZ OMAR LOPEZ
1771 GAVIOTA AVE
APT #2
LONG BEACH, CA, 90813

Total claim: $2,967.15 — Priority amount: $2,967.15

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** | **Priority amount**

**2.88 Priority creditor's name and mailing address**

MARTINEZ OSCAR
1116 12 GARDENIA AVE 12

LONG BEACH, CA, 90013

Total claim: $1,880.81 — Priority amount: $1,880.81

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.89 Priority creditor's name and mailing address**

MARTINEZ ULBERTO ROLANDO
821 E PACIFIC COAST HWY B

LONG BEACH, CA, 90806

Total claim: $Unknown — Priority amount: $______

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.90 Priority creditor's name and mailing address**

MELGAR AVELINO LOPEZ
1137 HOFFMAN AVE 2

LONG BEACH, CA, 90813

Total claim: $Unknown — Priority amount: $______

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.91 Priority creditor's name and mailing address**

MENA JOSE MARTIN
13064 MAGNOLIA ST

GARDEN GROVE, CA, 92844

Total claim: $2,018.33 — Priority amount: $2,018.33

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|
| **2.92 Priority creditor's name and mailing address**<br>MENDEZ RAMIRO GARCIA<br>1027 E 11TH ST<br>APT B<br>LONGBEACH, CA, 90813<br><br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Date or dates debt was incurred** ______<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number** ______<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $Unknown | $______ |
| **2.93 Priority creditor's name and mailing address**<br>MERINO BRUNO AVILES<br>8100 ORANGEWOOD AVE APT #8<br>STANTON, CA, 90680<br><br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Date or dates debt was incurred** ______<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number** ______<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $Unknown | $______ |
| **2.94 Priority creditor's name and mailing address**<br>MILLAN GUADALUPE<br>11201 EUCLID ST<br>APT 24<br>GARDEN GROVE, CA, 92890<br><br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Date or dates debt was incurred** ______<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number** ______<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $2,094.22 | $2,094.22 |
| **2.95 Priority creditor's name and mailing address**<br>MORALES HAROL<br>3096 CLUB HOUSE CIR<br>COSTA MESA, CA, 90626<br><br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Date or dates debt was incurred** ______<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number** ______<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $637.74 | $637.74 |

**Part 1.** **Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** | **Priority amount**

2.96 **Priority creditor's name and mailing address**

ORTIZ SANTIAGO
1694 E 110TH ST

LOS ANGELES, CA, 90059

Total claim: $3,498.56 — Priority amount: $3,498.56

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.97 **Priority creditor's name and mailing address**

PACHECO PEDRO TELLEZ
10250 BEACH BLVD #244

STANTON, CA, 90680

Total claim: $1,755.00 — Priority amount: $1,755.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.98 **Priority creditor's name and mailing address**

PALACIOS CESAR ARTURO
457 S PARKER ST

ORANGE, CA, 92868

Total claim: $Unknown — Priority amount: $______

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.99 **Priority creditor's name and mailing address**

PAZ JULIO C
837 W 167TH PL
APT 5
GARDENA, CA, 90247

Total claim: $1,588.49 — Priority amount: $1,588.49

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.100 Priority creditor's name and mailing address**<br>PEREZ JAVIER HERNANDEZ<br>1116 NORMAN CT<br>APT #B<br>LONG BEACH, CA, 90813<br><br>**Date or dates debt was incurred**<br>_____<br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |
| **2.101 Priority creditor's name and mailing address**<br>PEREZ OLEGARIO MARTINEZ<br>12803 BELHAUEN ST<br><br>LOS ANGELES, CA, 90059<br><br>**Date or dates debt was incurred**<br>_____<br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |
| **2.102 Priority creditor's name and mailing address**<br>PEREZ VICTORIANO<br>904 ALAMITOS AVE<br>APT #4<br>LONG BEACH, CA, 90813<br><br>**Date or dates debt was incurred**<br>_____<br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |
| **2.103 Priority creditor's name and mailing address**<br>PHU VAN<br>2177 W CRESTWOOD LN<br><br>ANAHEIM, CA, 92804<br><br>**Date or dates debt was incurred**<br>_____<br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>Wages, Salaries, Commissions<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,544.83 | $2,544.83 |

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| Creditor | Claim details | Total claim | Priority amount |
|---|---|---|---|
| **2.104 Priority creditor's name and mailing address**<br>QUINTANILLA ANGEL<br>14121 SHOEMAKER AVE<br>APT #65<br>NORWALK, CA, 90650<br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |
| **2.105 Priority creditor's name and mailing address**<br>RAMIREZ JAVIER GARCIA<br>8041 MONACO NO 61<br>STATON, CA, 90680<br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,218.44 | $2,218.44 |
| **2.106 Priority creditor's name and mailing address**<br>RANGEL GILBERTO<br>221 W VERNON AVE<br>LOS ANGELES, CA, 90037<br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $685.13 | $685.13 |
| **2.107 Priority creditor's name and mailing address**<br>REYES DIEGO<br>7831 DAYMOR AVE<br>STANTON, CA, 90680<br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |

**Part 1.** **Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|
| 2.108 **Priority creditor's name and mailing address**<br>REYES MAXIMINO ESQUIVEL<br>11201 EUCLID ST<br>APT 24<br>GARDEN GROVE, CA, 92841<br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,797.79 | $2,797.79 |
| 2.109 **Priority creditor's name and mailing address**<br>RIOS AARON<br>1266 57 ST<br>LOS ANGELES, CA, 90011<br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |
| 2.110 **Priority creditor's name and mailing address**<br>RIVERA BERTO AGUILAR<br>1606 S MINTER ST<br>SANTA ANA, CA, 92707<br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,014.74 | $3,014.74 |
| 2.111 **Priority creditor's name and mailing address**<br>RIVERA FREDDY ULISSE SALDIVAR<br>1114 N BEWLEY ST 11<br>STANTON, CA, 92703<br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |

Debtor Westcoast Textiles, Inc. Case number (if known) 8:19-bk-10492-CB

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|
| **2.112 Priority creditor's name and mailing address**<br>RIVERA JUAN<br>3127 E 57TH ST<br>HUNTINGTON, CA, 90205<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $2,019.45 | $2,019.45 |
| **2.113 Priority creditor's name and mailing address**<br>RIVERA MARCO ANTONIO CATALAN<br>1606 S MINTER ST<br>SANTA ANA, CA, 92707<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $2,886.84 | $2,886.84 |
| **2.114 Priority creditor's name and mailing address**<br>RIVERA MARTIN<br>9105 CERRITOS AVE 5<br>ANAHEIM, CA, 92804<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $Unknown | $ |
| **2.115 Priority creditor's name and mailing address**<br>ROBLERO DELVER PEREZ<br>1818 W SUMAC LN<br>ANAHEIM, CA, 92804<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Date or dates debt was incurred**<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number**<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $1,423.75 | $1,423.75 |

Debtor Westcoast Textiles, Inc. Case number (if known) 8:19-bk-10492-CB

Name

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|
| **2.116 Priority creditor's name and mailing address**<br>RODRIGUEZ CARLOS<br>8114 FILLMORE DR<br>STANTON, CA, 90680<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Date or dates debt was incurred** ______<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number** ______<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $1,391.88 | $1,391.88 |
| **2.117 Priority creditor's name and mailing address**<br>ROMERO JAIME GOMEZ<br>7642 PACIFIC BLVD<br>HUNGTINGTON PARK, CA, 90255<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Date or dates debt was incurred** ______<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number** ______<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $2,230.57 | $2,230.57 |
| **2.118 Priority creditor's name and mailing address**<br>RUIZ FRANCISCO GARCIA<br>2308 E 17TH ST<br>LONG BEACH, CA, 90804<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred** ______<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number** ______<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $Unknown | $______ |
| **2.119 Priority creditor's name and mailing address**<br>SALDANA JERMAN RAMIREZ<br>12654 BUARO ST<br>APT#C<br>GARDEN GROVE, CA, 92840<br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Date or dates debt was incurred** ______<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Last 4 digits of account number** ______<br>**Is the claim subject to offset?** ☑ No ☐ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | $Unknown | $______ |

## Part 1. Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Total claim | Priority amount

**2.120 Priority creditor's name and mailing address**

SALGADO FRANCISCO
15261 VAN BUREN ST
APT 6
MIDWAY CITY, CA, 92655-1667

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $Unknown
Priority amount: $

**Date or dates debt was incurred**

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.121 Priority creditor's name and mailing address**

SALINAS ISMAEL LOPEZ
1137 GARDENIA
APT #12
LONG BEACH, CA, 90813

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $Unknown
Priority amount: $

**Date or dates debt was incurred**

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.122 Priority creditor's name and mailing address**

SANCHEZ JUAN VELEZ
9519 TRUBA AVE
APT D
SOUTH GATE, CA, 90280

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Total claim: $930.80
Priority amount: $

**Date or dates debt was incurred**

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.123 Priority creditor's name and mailing address**

SANCHEZ MARIO
1013 E 12TH ST
APT#7
LONG BEACH, CA, 90813

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Total claim: $2,465.42
Priority amount: $2,465.42

**Date or dates debt was incurred**

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

## Part 1. Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** | **Priority amount**

**2.124 Priority creditor's name and mailing address**

SANTOS JOSE ANGEL
8719 3/4 ALONDRA BLVD

PARAMOUNT, CA, 90723

Total claim: $Unknown
Priority amount: $

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.125 Priority creditor's name and mailing address**

SANTOS URIEL VENCES
1262 E 27ST

LOS ANGELES, CA, 90011

Total claim: $1,875.87
Priority amount: $1,875.87

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Wages, Salaries, Commissions

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.126 Priority creditor's name and mailing address**

SAUCEDO JOSE
1342 PETERSON AVE 4

LONG BEACH, CA, 90813

Total claim: $Unknown
Priority amount: $

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Wages, Salaries, Commissions

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.127 Priority creditor's name and mailing address**

SOCH RAUL BALDEMAR MUTZ
10321 ANZAC AVE

LOS ANGELES, CA, 90002

Total claim: $Unknown
Priority amount: $

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Wages, Salaries, Commissions

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| Priority creditor | Claim details | Total claim | Priority amount |
|---|---|---|---|
| 2.128 SOLIS RAFAEL<br>7281 PLZ ST<br>WESTMINSTER, CA, 92683<br>Date or dates debt was incurred: ____<br>Last 4 digits of account number: ____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☑ Disputed<br>Basis for the claim: Wages, Salaries, Commissions<br>Is the claim subject to offset? ☑ No ☐ Yes | $4,907.56 | $4,907.56 |
| 2.129 SORIANO ROBERTO DE LA<br>1771 GAVIOTA AVE 2<br>LONG BEACH, CA, 90813<br>Date or dates debt was incurred: ____<br>Last 4 digits of account number: ____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☑ Disputed<br>Basis for the claim: Wages, Salaries, Commissions<br>Is the claim subject to offset? ☑ No ☐ Yes | $2,879.86 | $2,879.86 |
| 2.130 TERRONES MANUEL<br>10321 ANZAC AVE<br>LOS ANGELES, CA, 90002<br>Date or dates debt was incurred: ____<br>Last 4 digits of account number: ____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: Wages, Salaries, Commissions<br>Is the claim subject to offset? ☑ No ☐ Yes | $Unknown | $ |
| 2.131 TOMAS HUGO OTONIEL<br>10251 FERN AVE<br>STANTON, CA, 90680<br>Date or dates debt was incurred: ____<br>Last 4 digits of account number: ____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☑ Disputed<br>Basis for the claim: Wages, Salaries, Commissions<br>Is the claim subject to offset? ☑ No ☐ Yes | $5,536.51 | $5,536.51 |

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.132 Priority creditor's name and mailing address<br>TORRES CRUZ RIVERA<br>2217 WEST 7 ST<br><br>SANTA ANA, CA, 92703<br><br>Date or dates debt was incurred<br>_____<br>Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: Wages, Salaries, Commissions<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $2,479.50 | $2,479.50 |
| 2.133 Priority creditor's name and mailing address<br>TORRES SALDIVAR LINO<br>2217 W ST 7<br><br>SANTA ANA, CA, 92703<br><br>Date or dates debt was incurred<br>_____<br>Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: Wages, Salaries, Commissions<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $793.43 | $793.43 |
| 2.134 Priority creditor's name and mailing address<br>TREJO NICASIO PERALES<br>8971 HEWITT PL<br>APT #4<br>GARDEN GROVE, CA, 92844<br><br>Date or dates debt was incurred<br>_____<br>Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: Wages, Salaries, Commissions<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $2,231.05 | $2,231.05 |
| 2.135 Priority creditor's name and mailing address<br>URQUIZA VALENTIN<br>7751 LAURELTON AVE<br><br>GARDEN GROVE, CA, 92841<br><br>Date or dates debt was incurred<br>_____<br>Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Wages, Salaries, Commissions<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $Unknown | $_____ |

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.136 Priority creditor's name and mailing address**<br>VALENCIA JOSE LUIS ESTRADA ROSA<br>2331 W CUBBON<br>SANTA ANA, CA, 92840<br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,604.72 | $1,604.72 |
| **2.137 Priority creditor's name and mailing address**<br>VARELA FRANCISCO<br>1040 HOFFMAT<br>APT # 206<br>LONG BEACH, CA, 90813<br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |
| **2.138 Priority creditor's name and mailing address**<br>VARELA VALENTIN LOPEZ<br>1336 WALNUT AVE<br>APT 1<br>LONG BEACH, CA, 90813<br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |
| **2.139 Priority creditor's name and mailing address**<br>VARGAS JOVANI<br>1485 E 25TH ST<br>LOS ANGELES, CA, 90011<br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** | **Priority amount**

**2.140 Priority creditor's name and mailing address**
VEGA ELIAS LOPEZ
418 W ORANGEWOOD
APT B
ANAHEIM, CA, 92802

Total claim: $Unknown
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.141 Priority creditor's name and mailing address**
VELASCO ABELARDO
1046 E 7TH ST APT 2

LONG BEACH, CA, 90813

Total claim: $Unknown
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Wages, Salaries, Commissions

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.142 Priority creditor's name and mailing address**
VELASCO ELOY
1335 WALNUT AVE

LONG BEACH, CA, 90813

Total claim: $2,077.96
Priority amount: $2,077.96

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Wages, Salaries, Commissions

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.143 Priority creditor's name and mailing address**
VELASCO RAUL EDEN
226 W 110 ST

LOS ANGELES, CA, 90061

Total claim: $Unknown
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Wages, Salaries, Commissions

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Part 1.** **Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** | **Priority amount**

2.144 **Priority creditor's name and mailing address**

VELAZQUEZ FRANCISCO F
18612 CASABA RD B

ADELANTO, CA, 92301

Total claim: $1,921.67 — Priority amount: $1,921.67

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred** ____________

**Basis for the claim:** Wages, Salaries, Commissions

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.145 **Priority creditor's name and mailing address**

VELAZQUEZ MARTIN V
11201 EUCLID ST
APT24
GARDEN GROVE, CA, 92840-1422

Total claim: $2,608.71 — Priority amount: $2,608.71

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Wages, Salaries, Commissions

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.146 **Priority creditor's name and mailing address**

VENCES ADRIAN
1262 E 27TH ST

LOS ANGELES, CA, 90011

Total claim: $2,266.49 — Priority amount: $2,266.49

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Wages, Salaries, Commissions

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.147 **Priority creditor's name and mailing address**

VIERA SERGIO STENGLY
1818 W SUMAC LN
APT #2B
ANAHEIM, CA, 92804

Total claim: $Unknown — Priority amount: $____________

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Wages, Salaries, Commissions

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.148 Priority creditor's name and mailing address**<br>VILLA EDGAR<br>1212 N TAMARIND<br>COMPTON, CA, 90222<br>**Date or dates debt was incurred** ______<br>**Last 4 digits of account number** ______<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |
| **2.149 Priority creditor's name and mailing address**<br>VILLALPANDO FRANCISCO<br>11078 KIBBING CIR<br>STANTON, CA, 90680<br>**Date or dates debt was incurred** ______<br>**Last 4 digits of account number** ______<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,178.16 | $4,178.16 |
| **2.150 Priority creditor's name and mailing address**<br>WOODWARD PATTON<br>628 LANCELOT DR<br>FLORENCE, SC, 29505<br>**Date or dates debt was incurred** ______<br>**Last 4 digits of account number** ______<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |
| **2.151 Priority creditor's name and mailing address**<br>XOCUA ISSAC AQUINO<br>3514 W MUNGALL DR<br>APT #4<br>ANAHEIM, CA, 92804<br>**Date or dates debt was incurred** ______<br>**Last 4 digits of account number** ______<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Wages, Salaries, Commissions<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $Unknown | $ |

**Part 1.** **Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Total claim** | **Priority amount**

2.152 **Priority creditor's name and mailing address**
ZARATE JAIME MARTINEZ
8041 MONACO

STANTON, CA, 90680

$Unknown $

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.____ **Priority creditor's name and mailing address**

$____ $____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

2.____ **Priority creditor's name and mailing address**

$____ $____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

2.____ **Priority creditor's name and mailing address**

$____ $____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
A 1 OIL RECYCLING LLC
8391 BEVERLY BLVD #579
LOS ANGELES, CA, 90048

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.2 Nonpriority creditor's name and mailing address**
A PLUS GRAPHICS
9210 ALONDRA BLVD
UNIT C
BELLFLOWER, CA, 90706

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 240.90

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.3 Nonpriority creditor's name and mailing address**
A-TECH HEATING AND COOLING
7799 VALLEY VIEW ST #E 204
LA PALMA, CA, 90623

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 700.00

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.4 Nonpriority creditor's name and mailing address**
A2 AMERICA INC
14946 SHOEMAKER AVE G
SANTA FE SPRINGS, CA, 90670

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,000.00

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.5 Nonpriority creditor's name and mailing address**
ADVANCED COMPRESSOR SVC
10711 RUOFF AVE
WHITTIER, CA, 90604

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
AIR CLEAR
2440 OLDFIELD PT RD
ELKTON, MD, 21921

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 71,500.00

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7 Nonpriority creditor's name and mailing address**

AIR QUALITY CONSULTANTS
5881 ENGINEER DR

HUNTINGTON, CA, 92649

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**3.8 Nonpriority creditor's name and mailing address**

AM COPIER
3418 W OLYMPIC BLVD

LOS ANGELES, CA, 90019

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 438.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.9 Nonpriority creditor's name and mailing address**

AMERICOLOR
10101 SHOEMAKER AVE

SANTA FE SPRINGS, CA, 90670

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 84,985.36

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.10 Nonpriority creditor's name and mailing address**

AMERITEX
13610 IMPERIAL HWY
STE #2
SANTA FE SPRINGS, CA, 90670

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 46,899.75

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.11 Nonpriority creditor's name and mailing address**

AMG TIMEMASTERSCOM
3235 N SAN FERNANDO RD #1D

LOS ANGELES, CA, 90065

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.12 **Nonpriority creditor's name and mailing address**

ANYTIME LEYVA TOWING LLC
229 E REDONDO BEACH BLVD

GARDENA, CA, 90248

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 225.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.13 **Nonpriority creditor's name and mailing address**

APOLLO TECHNOLOGIES INC
31441 SANTA MARGARITA PKWY A219

RANCHO SANTA MARGARITA, CA, 92688

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 2,460.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**

ARCHROMA US INC
32290 COLLECTION CTR DR

CHICAGO, IL, 90693

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,357.42

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**

AVCOGAS
253 N BERRY ST

BREA, CA, 92821

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 4,451.46

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**

AZITEX TRADING CORP
1850 E 15TH ST

LOS ANGELES, CA, 90021

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 242.20

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.17 **Nonpriority creditor's name and mailing address**
BALCACERES BROS TOWING INC
12824 ROSECRANS AVE
NORWALK, CA, 90650

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
BANK OF AMERICA
PO Box 98238
El Paso, TX, 79998-2238

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Overdrawn Bank Account

$ 0.00

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
BELL PIPE AND SUPPLY CO
215 E BALL RD
ANAHEIM, CA, 92805

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.20 **Nonpriority creditor's name and mailing address**
BELLFLOWER ELECTRIC
10030 ARTESIA PL
BELLFLOWER, CA, 90706

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Services

$ 6,036.80

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
BENCHMARK DEVICES
1263 BENT TREE LN
WATKINSVILLE, GA, 30677

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.22 **Nonpriority creditor's name and mailing address**

BETA SECURITY SYSTEM
9537 GIDLEY ST

TEMPLE CITY, CA, 91780-4214

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 5,312.25

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.23 **Nonpriority creditor's name and mailing address**

BPS SUPPLY GROUP
215 E BALL RD

ANAHEIM, CA, 92805-6394

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 12.82

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.24 **Nonpriority creditor's name and mailing address**

BRENNTAG PACIFIC INC
10747 PATTERSON PLACE

SANTA FE SPRINGS, CA, 90670

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 189,054.84

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.25 **Nonpriority creditor's name and mailing address**

C AND V MACHINE SHOP
10204 ATLANTIC AVE

SOUTH GATE, CA, 90280

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 720.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.26 **Nonpriority creditor's name and mailing address**

CAL STEAM CO
1142 S DIAMOND BAR BLVD 169

DIAMOND BAR, CA, 91765

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.27 **Nonpriority creditor's name and mailing address**

CALIFORNIA BOILER
5331 BUSINESS DR

HUNTINGTON BEACH, CA, 92649

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 920.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.28 **Nonpriority creditor's name and mailing address**

CAMERON WELDING
PO BOX 266

STANTON, CA, 90680

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 3,638.47

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.29 **Nonpriority creditor's name and mailing address**

CARGILL INC
15407 MCGINTY RD WEST

WAYZATA, MN, 55391

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 80,590.81

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.30 **Nonpriority creditor's name and mailing address**

CDTA K9 CA PROTECTION SVC
2650 S MYRTLE AVE B3

MONROVIA, CA, 91016

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 6,957.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.31 **Nonpriority creditor's name and mailing address**

CHUN JOEL P
12691 PALA DR

GARDEN GROVE, CA, 92841

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 301,334.61

**Basis for the claim:**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.32 **Nonpriority creditor's name and mailing address**

CNC ELECTRIC SUPPLY
7690 LAMPSON AVE

GARDEN GROVE, CA, 92841

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Services

$ 2,402.05

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

3.33 **Nonpriority creditor's name and mailing address**

CODI SHERIDAN, INC.
12691 PALA DR

GARDEN GROVE, CA, 92841

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 141,612.38

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**

COLORWAY INDUSTRY LLC
15352 TEXACO AVE

PARAMOUNT, CA, 90723

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,553.01

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**

CORE-ROSION
3300 E 19TH ST

SIGNAL HILL, CA, 90755

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,340.25

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**

COUNTY OF ORANGE
PO BOX 4515

SANTA ANA, CA, 92702-4515

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.37 **Nonpriority creditor's name and mailing address**

COURT ORDERED DEBT COLLECTIONS
PO BOX 1328

RANCHO CORDOVA, CA, 95741-328

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
☑ No
☐ Yes

3.38 **Nonpriority creditor's name and mailing address**

COURTESY FIRE EXTINGUISHER SVC
12781 WESTERN AVE
STE#B
GARDEN GROVE, CA, 92841

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
☑ No
☐ Yes

3.39 **Nonpriority creditor's name and mailing address**

CPM CORP
1104 S SANTA FE AVE

COMPTON, CA, 90221

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,182.95

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
☑ No
☐ Yes

3.40 **Nonpriority creditor's name and mailing address**

CROSS MAX DESIGN AND PRINT CO
22610 MAPLE AVE 1

TORRANCE, CA, 90505

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,394.20

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
☑ No
☐ Yes

3.41 **Nonpriority creditor's name and mailing address**

D AND A CUSTOMS SVC INC
152 W WALNUT ST
STE 260
GARDENA, CA, 90248

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,049.94

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.42 Nonpriority creditor's name and mailing address**

DATA COLOR INC
5 PRINCESS RD

LAWRENCEVILLE, NJ, 08648

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 20,558.29

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.43 Nonpriority creditor's name and mailing address**

DIVERSITY LAW GROUP
515 S FIGUEROA ST STE 1250

LOS ANGELES, CA, 90071

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

$ 16,589.87

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.44 Nonpriority creditor's name and mailing address**

DYECHEM INDUSTRY INC
14733 1/2 GARFIELD AVE

PARAMOUNT, CA, 90723

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 137,208.07

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.45 Nonpriority creditor's name and mailing address**

DYSTAR LP
9844-A SOUTHERN PINE BLVD

CHARLOTTE, NC, 28273

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.46 Nonpriority creditor's name and mailing address**

EHWHA GLOTECH
17605 FABRICA WAY
STE G
CERRITOS, CA, 90703

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 226.41

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.47 **Nonpriority creditor's name and mailing address**

EQUIPMENT DIRECT INC
PO BOX 670

YORBA LINDA, CA, 92885

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.48 **Nonpriority creditor's name and mailing address**

ESCOBAR AURELIO
ATTN ARMOND M JACKSON
2 VENTURE PLZ STE 240
IRVINE, CA, 92618

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ Unknown

**Basis for the claim:** Litigation: Case #30-2018-01018964

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.49 **Nonpriority creditor's name and mailing address**

ESCOBAR AURELIO
ATTN ARMOND M JACKSON
2 VENTURE PLZ STE 240
IRVINE, CA, 92618

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ Unknown

**Basis for the claim:** Litigation: Case #30-2018-009791111

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.50 **Nonpriority creditor's name and mailing address**

FASTENAL CO
7052 ORANGEWOOD
UNIT A-10
GARDEN GROVE, CA, 92841

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 972.12

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.51 **Nonpriority creditor's name and mailing address**

FITECH INC
2400 PARI WAY

MIDLOTHIAN, VA, 23112

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 87,811.50

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

Debtor West Coast Textiles, Inc. Case number (if known) 8:19-bk-10492-CB

Name

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.52 **Nonpriority creditor's name and mailing address**

G AND M GENERAL MAINTENANCE
6665 LONG BEACH BLVD #G26

LONG BEACH, CA, 90805

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.53 **Nonpriority creditor's name and mailing address**

GOLD COAST ENVIRONMENTAL
1868 PALMA DR 1

VENTURA, CA, 92841

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 2,389.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.54 **Nonpriority creditor's name and mailing address**

GOOD PLUMBING SUPPLY
12802 KNOTT ST

GARDEN GROVE, CA, 92841

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 195.68

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.55 **Nonpriority creditor's name and mailing address**

GOYO'S CHECK CASHING
3598 E IMPERIAL HWY

LYNWOOD, CA, 90262

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.56 **Nonpriority creditor's name and mailing address**

HACH COMPANY
PO Box 389

Loveland, CO, 80539

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 118.99

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.57 Nonpriority creditor's name and mailing address**

HIGH TECH TEXTILES INC
3517 E 15TH ST

LOS ANGELES, CA, 90023

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 600.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.58 Nonpriority creditor's name and mailing address**

HILLCO FASTNER WAREHOUSE
7522 PARK AVE

GARDEN GROVE, CA, 92841

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.59 Nonpriority creditor's name and mailing address**

HWASEUNG
3660 WILSHIRE BLVD
STE #325
LOS ANGELES, CA, 90010

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.60 Nonpriority creditor's name and mailing address**

IMPERIAL STATIONS
8221 GARDEN GROVE BLVD

GARDEN GROVE, CA, 92844

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.61 Nonpriority creditor's name and mailing address**

INTEGRATED DATA SOLUTION
3227 PRODUCER WAY
STE 119
POMONA, CA, 91768

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 21,000.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.62 **Nonpriority creditor's name and mailing address**

ITM LTD SOUTH
PO BOX 270

HIGH POINT, NC, 27261-0270

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,000.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.63 **Nonpriority creditor's name and mailing address**

JAKING
PO BOX 160

WHITSETT, NC, 27377

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.64 **Nonpriority creditor's name and mailing address**

JK BIOSCIENCE INC
1926 E GLADWICK ST

RANCHO DOMINGUEZ, CA, 90220

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,125.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.65 **Nonpriority creditor's name and mailing address**

JOHN LISEE PUPS INC
PO BOX 2190

BELL GARDENS, CA, 90202

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 369.46

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.66 **Nonpriority creditor's name and mailing address**

KOMAR ALLIANCE
6900 WASHINGTON BLVD

MONTEBELLO, CA, 90640

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,685.38

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.67 **Nonpriority creditor's name and mailing address**
LA SUPPLY CO LLC
13700 E ROSECRANS AVE
SANTA FE SPRINGS, CA, 90670

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 385,147.40

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

3.68 **Nonpriority creditor's name and mailing address**
LUBCON TURMO LUBRICATION INC
5460 33RD ST SE
GRAND RAPIDS, MI, 49512

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
☑ No
☐ Yes

3.69 **Nonpriority creditor's name and mailing address**
LUCERO TIMOTEO
1820 1/2 63RD ST
LOS ANGELES, CA, 90001

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,008.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
☑ No
☐ Yes

3.70 **Nonpriority creditor's name and mailing address**
M AND K METAL CO
14400 S FIGUEROA ST
GARDENA, CA, 90248

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,968.60

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
☑ No
☐ Yes

3.71 **Nonpriority creditor's name and mailing address**
MAMMIS MARKET
1429 CHERRY AVE
LONG BEACH, CA, 90813

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ________

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.72 **Nonpriority creditor's name and mailing address**

MCMASTER-CARR
PO BOX 7690

CHICAGO, IL, 60680-7690

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.73 **Nonpriority creditor's name and mailing address**

MEASUREMENT CONTROL SYSTEM
1331 S LYON ST

SANTA ANA, CA, 90007

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 18,109.23

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.74 **Nonpriority creditor's name and mailing address**

MROSUPPLYCOM
2915 E WASHINGTON BLVD

LOS ANGELES, CA, 90023

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 412.41

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.75 **Nonpriority creditor's name and mailing address**

NEMAN BROTHERS
1525 S BROADWAY

LOS ANGELES, CA, 90015

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.76 **Nonpriority creditor's name and mailing address**

ONE STOP FORKLIFT PARTS INC
954 E GLADWICK ST

RANCHO DOMINGUEZ, CA, 90220

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.77 **Nonpriority creditor's name and mailing address**

OTA AMERICA INC
16001 MANNING WAY

CERRITOS, CA, 90703

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.78 **Nonpriority creditor's name and mailing address**

OTI RIGGING
22815 MADRONA AVE

TORRANCE, CA, 90505

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.79 **Nonpriority creditor's name and mailing address**

PACIFIC COAST PROPANE LLC
PO BOX 0427

RIALTO, CA, 92377-0437

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,123.16

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.80 **Nonpriority creditor's name and mailing address**

PACIFIC SOURCING GROUP
5717 FERGUSON DR

COMMERCE, CA, 90022

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.81 **Nonpriority creditor's name and mailing address**

PACIFICA CHEMICAL INC
935 E ARTESIA BLVD

CARSON, CA, 90746

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 83,084.48

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.82 **Nonpriority creditor's name and mailing address**

PAN HOLIC
3012 W LINCOLN AVE

ANAHEIM, CA, 92801

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

3.83 **Nonpriority creditor's name and mailing address**

PANTONE
590 COMMERCE BLVD

CARLSTADT, NJ, 07072

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

3.84 **Nonpriority creditor's name and mailing address**

PAUL C H LEE MD
9894 GARDEN GROVE BLVD

GARDEN GROVE, CA, 92844

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

3.85 **Nonpriority creditor's name and mailing address**

PAYPAL
2211 NORTH FIRST

ST SAN JOSE, CA, 95131

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

3.86 **Nonpriority creditor's name and mailing address**

PERALTA'S TRANSPORT
1313 LOS CANTOS AVE

ARVIN, CA, 93203

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 18,283.00

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.87 Nonpriority creditor's name and mailing address**

PERFECT MEASURING TAPE
1116 SUMMIT ST

TOLEDO, OH, 43604

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.88 Nonpriority creditor's name and mailing address**

PHO HOUSE 99
8851 GARDEN GROVE BLVD

GARDEN GROVE, CA, 92844

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.89 Nonpriority creditor's name and mailing address**

PJ INTERNATIONAL
PO BOX 10900

WESTMINSTER, CA, 92685-0900

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 487.03

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.90 Nonpriority creditor's name and mailing address**

POWER TRANSMISSION SPECIALTIES
8803 SORENSEN AVE

SANTA FE SPRINGS, CA, 90670

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,084.46

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.91 Nonpriority creditor's name and mailing address**

PREMIER STEEL
1330 N KNOLLWOOD CIR

ANAHEIM, CA, 92801

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,817.66

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.92 Nonpriority creditor's name and mailing address**

PRO KANGSAITE CO
15825 S DENKER AVE

E. GARDENA, CA, 90247

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,800.53

**Date or dates debt was incurred** ________________

**Last 4 digits of account number** ________________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.93 Nonpriority creditor's name and mailing address**

QUIROZ EDWARD
32000 CORTE CANEL

TEMECULA, CA, 92592

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** ________________

**Last 4 digits of account number** ________________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.94 Nonpriority creditor's name and mailing address**

RANBOY SPORTWEAR SA CV
Calle Dalias #92046 FRACC

Jardines de Tijuana BC, MEXICO

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 18,550.85

**Date or dates debt was incurred** ________________

**Last 4 digits of account number** ________________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.95 Nonpriority creditor's name and mailing address**

RIVER ROLL OFF SVC
8632 CALABASH AVE

FONTANA, CA, 92335

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,890.00

**Date or dates debt was incurred** ________________

**Last 4 digits of account number** ________________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.96 Nonpriority creditor's name and mailing address**

ROYAL PACKAGING
16742 BURKE LN

HUNTINGTON BEACH, CA, 92647

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 19,024.68

**Date or dates debt was incurred** ________________

**Last 4 digits of account number** ________________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.97 **Nonpriority creditor's name and mailing address**

S & R LOGISTICA DEL PACIFICO
Calle Esmeralda 2095-7 Y 8
Col Valle Dorado
Ensenada, BC, MEXICO

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 121,592.03

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.98 **Nonpriority creditor's name and mailing address**

SCALE FX INC
PO BOX 2669

ANAHEIM, CA, 92803

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 281.52

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.99 **Nonpriority creditor's name and mailing address**

SEJONG SUPPLY INC
2426 WEST 237TH PL

TORRANCE, CA, 90501

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,546.97

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.100 **Nonpriority creditor's name and mailing address**

SMARK COMPANY
8636 OTIS ST

SOUTH GATE, CA, 90280-3220

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,704.00

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.101 **Nonpriority creditor's name and mailing address**

SNOGEN
16336 DOWNEY AVE

PARAMOUNT, CA, 90723

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 30,906.87

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.102 **Nonpriority creditor's name and mailing address**

STARNES EDWARD
2060 PLACENTIA B-4

COSTA MESA, CA, 92627

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.103 **Nonpriority creditor's name and mailing address**

SUNSET INDUSTRIAL PARTS
1272 E 286TH ST

EUCLID, OH, 44132

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 368.62

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.104 **Nonpriority creditor's name and mailing address**

TAILGATE PRINTING INC
2930 S Fairview St
Santa Ana, CA, 92704

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$ 12,600.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.105 **Nonpriority creditor's name and mailing address**

TAMCO CHEMICAL INC
2919 OA ST

SANTA ANA, CA, 92707

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 8,518.49

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.106 **Nonpriority creditor's name and mailing address**

TMT WORLD CORP
25594 OAK ST

LOMITA, CA, 90717

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 4,423.14

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.107 **Nonpriority creditor's name and mailing address**

TRICHROMATICWEST INC
6070 RICKENBACKER RD

COMMERCE, CA, 90040

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 499.87

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.108 **Nonpriority creditor's name and mailing address**

TUBE TAINER
8174 BYRON RD

WHITTIER, CA, 90606

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 9,813.96

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.109 **Nonpriority creditor's name and mailing address**

UNITED FABRICARE SUPPLY INC
1301 W WALNUT ST

COMPTON, CA, 90220

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 457,498.30

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.110 **Nonpriority creditor's name and mailing address**

UNITED FIRE SOLUTION INC
41120 ELM ST
STE G
MURRIETA, CA, 92562

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 411.16

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.111 **Nonpriority creditor's name and mailing address**

UPS
PO BOX 894820

LOS ANGELES, CA, 90189-4820

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 29.13

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.112 **Nonpriority creditor's name and mailing address**

VEGAS MACHINEC INC
8232 1 2 ATLANTIC AVE

CUDAHY, CA, 90201

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.113 **Nonpriority creditor's name and mailing address**

WESTCO SPECTRA COLOR
12238 HAWKINS ST

SANTA FE SPRINGS, CA, 90670

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 9,965.93

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.114 **Nonpriority creditor's name and mailing address**

WINTERSUN CHEMICAL
1250 E BELMONT ST

ONTARIO, CA, 91761

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.115 **Nonpriority creditor's name and mailing address**

YOU AND US
160 W 33RD ST

LOS ANGELES, CA, 90007

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.___ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ ____________

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 154,494.35 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 2,492,413.72 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 2,646,908.07 |

**Fill in this information to identify the case:**

Debtor name WesCoast Textiles, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (If known): 8:19-bk-10492-CB Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Copier Lease<br>Lessee | AM COPIER<br>3418 W OLYMPIC BLVD<br><br>LOS ANGELES, CA, 90019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Factor Agreement<br>Purchaser | Happy Rock Merchant Solutions LLC<br>dba GoCAP Financial<br>149 W 36TH ST, 12TH FL<br>New York, NY, 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Security Agreement/Term Note<br>Purchaser | Capital Equipment Solutions LLC<br>5480 Corporate Dt Ste 350<br><br>Troy, MI, 48098 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Loan<br>Purchaser | Yellowstone Capital West LLC<br>116 Nassau St Ste 804<br><br>New York, NY, 10038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name WesCoast Textiles, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (If known): 8:19-bk-10492-CB

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Codi Sheridan, Inc | Codi Sheridan, Inc.<br>12691 Pala Dr<br>Garden Grove, CA, 92841 | CAPITAL EQUIPMENT S( | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Broncs, Inc. | Broncs, Inc.<br>12691 Pala Drive<br>Garden Grove, CA, 92841 | CAPITAL EQUIPMENT S( | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Joel P Chun | Joel P Chun<br>12691 Pala Dr<br>Garden Grove, CA, 92841 | CAPITAL EQUIPMENT S( | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Codi Sheridan, Inc | Codi Sheridan, Inc.<br>12961 Pala Dr<br>Garden Grove, CA, 92841 | YELLOWSTONE CAPITA | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | Broncs, Inc. | Broncs, Inc.<br>12691 Pala Drive<br>Garden Grove, CA, 92841 | YELLOWSTONE CAPITA | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Joel P Chun | Joel P Chun<br>12691 Pala Dr<br>Garden Grove, CA, 92841 | YELLOWSTONE CAPITA | ☑ D<br>☐ E/F<br>☐ G |

Debtor WesCoast Textiles, Inc. Case number (if known) 8:19-bk-10492-CB

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Joel P Chun | Joel P Chun<br>12691 Pala Dr<br>Garden Grove, CA, 92841 | HAPPY ROCK MERCHAI | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Broncs, Inc. | Broncs, Inc.<br>12691 Pala Drive<br>Garden Grove, CA, 92841 | HAPPY ROCK MERCHAI | ☑ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name WesCoast Textiles, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (*If known*): 8:19-bk-10492-CB

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/15/2019
MM / DD / YYYY

X [signature]
Signature of individual signing on behalf of debtor

______________________
Printed name

______________________
Position or relationship to debtor